UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID TODD JAEDER, | : | Case No. 3:15-cv-00180 |
|     Appellant, | : | |
|     v. | : | Bankruptcy Appeal from |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, | : | Chapter 13<br>Case No. 5:14-bk-00724-RNO |
|     Appellee, | : | |

FILED
SCRANTON
FEB 26 2016
PER _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

AND NOW, upon Consideration of the Stipulation to Dismiss Appeal between Debtor and appellant **DAVID TODD JAEDER** and appellee **DEUTSCHE BANK NATIONAL TRUST COMPANY** is hereby ORDERED that the above-captioned Bankruptcy Appeal be and is hereby DISMISSED without costs and without prejudice to appeal from further orders of the United States Bankruptcy Court.

_____ J.